## Case No. 6,776.

HOWE v. UNION INS. CO.

[See 42 Cal. 529.]